# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                                )<br>                        Plaintiff,          )<br>-vs-                                                       )<br>                                                                )<br>21,000 SQUARE FEET OF LAND IN    )<br>CITY OF PORTAL, BURKE COUNTY, )<br>NORTH DAKOTA; EASTPORT         )<br>DEVELOPMENT CORP., INC., et al.,  )<br>and UNKNOWN OWNERS,                )<br>                                                                )<br>                        Defendants.       ) | Case No. 4:06-cv-74<br><br>**ORDER** |

Upon motion of the United States for an Order dismissing the North Dakota State Tax Commissioner as a party defendant in the above-captioned case, and for good cause shown,

**IT IS ORDERED** that the North Dakota State Tax Commissioner is dismissed as a party defendant in this action.

Dated this 3rd day of May, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court